IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-849-FDW-DCK

| | |
|---|---|
| JELD-WEN, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| MMG MANAGEMENT CONSULTING, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by William H. Sturges, concerning Richard Norman Sieving on December 21, 2016. Richard Norman Sieving seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED**. Richard Norman Sieving is hereby admitted *pro hac vice* to represent Plaintiff Jeld-Wen, Inc..

**SO ORDERED**.

Signed: December 22, 2016

David C. Keesler
United States Magistrate Judge