## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:16-CV-849-FDW-DCK

| | |
|---|---|
| JELD-WEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MMG MANAGEMENT CONSULTING, ) | |
| INC., d/b/a Mitchell Madison Group, a Nevada ) | |
| Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff Jeld-Wen, Inc.'s Motion To Seal" (Document No. 3) filed December 16, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. The undersigned notes that no opposition, or any other response, has been filed regarding this motion. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff Jeld-Wen, Inc.'s Motion To Seal" (Document No. 3) is **GRANTED**. Plaintiff shall file an unredacted Complaint and Exhibit A, Exhibit B, and Exhibit C thereto, under seal, on or before **January 9, 2017**. The unredacted Complaint and exhibits shall remain under seal until otherwise ordered.

**SO ORDERED**.

Signed: January 5, 2017

David C. Keesler
United States Magistrate Judge